### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **DATE FILED:   September 25, 2007** |
| | : | |
| **MAURICE HILL** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(possession of a firearm by a convicted** |
| | : | **felon - 1 count)** |
| | : | **Notice of forfeiture** |

### <u>INDICTMENT</u>

### <u>COUNT ONE</u>

**THE GRAND JURY CHARGES THAT:**

On or about May 18, 2007, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### MAURICE HILL,

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by

imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate

commerce a firearm, that is, a Smith & Wesson, .357 caliber revolver, serial number CBE

3300686-4, loaded with seven live rounds.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set

forth in this indictment, defendant

### MAURICE HILL

shall forfeit to the United States of America, the firearm and ammunition involved in the

commission of this offense, including, but not limited to:

a Smith & Wesson, .357 caliber revolver, serial number CBE 3300686-4,

and seven live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18,

United States Code, Section 924(d).

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**