# PD

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MAURICE HILL

FILED

SEP 25 2007

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

CRIMINAL NO. 07-597

## MOTION FOR BENCH WARRANT

AND NOW, this _____ day of _____, 2007, Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and MARIA M. CARRILLO, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney


MARIA M. CARRILLO
Assistant United States Attorney



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

SEP 25 2007

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 07-597 |
| MAURICE HILL | : |

### ORDER FOR BENCH WARRANT

AND NOW, this 25th day of September, 2007, on motion of Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE L. ~~FELIPE RESTREPO~~ J.P. HART
United States Magistrate Judge

