ATF

# UNITED STATES DISTRICT COURT
## Eastern District of Pennsylvania

UNITED STATES OF AMERICA

V.

MAURICE HILL

**WARRANT FOR ARREST**
Case Number 07-CR-597

To: The United States Marshal
    and any Authorized United States Officer

0031
1019

YOU ARE HEREBY COMMANDED to arrest MAURICE HILL

and bring him forthwith to the nearest magistrate to answer a(n) Indictment charging him with Possession of a Firearm by a Convicted Felon-1 Count.

in violation of Title 18 United States Code, Section(s) 922

**FILED**
MAR 28 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**MICHAEL E. KUNZ**
Name and Title of Issuing Officer

_[signature]_                          9/25/07, **PHILA, PA.**
Signature of Issuing Officer           Date and Location

Bail fixed at $ **TO BE DETERMINED** by HON. **JACOB P. HART, MAGISTRATE JUDGE**
                                          Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_____

Date Received _____ Date of Arrest  10-24-07

Name and Title of Arresting Officer  USMS Phila, PA

Signature of Arresting Officer _____