IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MAURICE HILL | : | NO. 07-597 & 08-233 |

**ORDER**

Upon request of the government and defendant, it is hereby **ORDERED** that the bail hearing scheduled for today is continued to **February 23, 2015** before Magistrate Judge Linda K. Caracappa at 1:30 p.m. in Courtroom 5-A, United States Courthouse, 601 Market Street, Philadelphia, Pa.

Pending the hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

/s/ TJR
THOMAS J. RUETER
United States Magistrate Judge

Date: February 20, 2015

**NO -- INTERPRETER REQUIRED**