Prob 19
(1/82)

# United States District Court
## for the
## Eastern District of Pennsylvania

U.S.A. vs Hill, Maurice      Case No. 2:07CR00597-01 &
                                             2:08CR00233-01

TO: [1] Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Hill, Maurice | SEX<br>Male | RACE<br>Black Non Hispanic | AGE<br>31 |
| ADDRESS(STREET, CITY, STATE)<br>6929 Greenway Ave, Philadelphia, PA 19142 | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>United States District Court for the Eastern District of Pennsylvania | DATE IMPOSED<br>04/27/2010 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Court for the Eastern District of Pennsylvania | | | |
| CLERK<br>Michael Kunz | (BY) DEPUTY CLERK | DATE<br>10/23/14 | |

| RETURN | | | |
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED<br>2/4/15 | |
| EXECUTING AGENCY (NAME AND ADDRESS) USMS<br>601 Market St.<br>Phila, PA | | | |
| NAME<br>D Webb USM | (BY) | DATE<br>2/4/15 | |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the Eastern District of Pennsylvania;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

NOTE: The U.S. Attorney and counsel of record have been notified of the issuance of a warrant.