IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE OF |
| | : | NOTICE:  August 24, 2015 |
| VS. | : | |
| | : | |
| Maurice Hill | : | CRIMINAL NO.  2007-597 & 2008-233 |
| 727 S. 56th Street, 1st Floor | | |
| Philadelphia, PA  19143 | | |

**NOTICE**

TAKE NOTICE, that the revocation of supervised release hearing scheduled for September 2, 2015 is cancelled.

/s/ Lenora Wittje

Lenora Wittje
Deputy Clerk to Judge Paul S. Diamond
Phone:  267-299-7739

INTERPRETER REQUIRED

NOTICE TO: Defendant
Rossman Thompson,  Defense Counsel
Maria Carrillo, AUSA
Ken Bergmann, U.S. Probation Officer
U.S. Marshal
Larry Bowman