IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| VS. : | |
| : | |
| MAURICE   HILL : | CRIMINAL NO.  2007-597 & 2008-233 |

## **ORDER**

AND NOW, this 21st day of October, 2016, having received a letter from AUSA Maria M. Carrillo, dated October 17, 2016 requesting that the Petition for Revocation of Supervised Release be dismissed, it is hereby

ORDERED that the Violation of Supervised Release Petition dated April 8, 2016 is hereby DISMISSED.

/s/ Paul S. Diamond
_____
PAUL S. DIAMOND, J.